AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22  PM 12:00
U.S. MARSHALS SERVICE
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>PETER E. COOPER, JR.<br><br>*Defendant* | )<br>)  Case No.   4:19-MJ-171<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* PETER E. COOPER, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances

Date:   03/22/2019

_Helen C. Adams_
*Issuing officer's signature*

City and state:   Des Moines, Iowa        Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/22/19 , and the person was arrested on *(date)* 3/27/19
at *(city and state)* Des Moines, IA .

Date:  3/27/19

*Arresting officer's signature*

FBI  SA  Jason Soo
*Printed name and title*